UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL ARROYO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PALMETTO HOSPITALITY OF PALO ALTO, LLC, et. al.,<br><br>　　　　　Defendants. | Case No. 21-CV-00109-LHK<br><br>**ORDER STAYING CASE**<br><br>Re: Dkt. Nos. 16, 18 |

　　　　On March 30, 2021, the parties filed a joint motion to stay the instant case. ECF No. 16.[1] On April 1, 2021, the parties filed a stipulation to stay the instant case. ECF No. 18.

　　　　The parties seek a stay because Plaintiff's counsel has brought three other cases based on the same legal theory that Plaintiff asserts here, and those cases are currently on appeal to the Ninth Circuit. *See Arroyo v. JWMFE Anaheim, LLC*, Case No. 21-55237 (9th Cir. filed Mar. 16, 2021); *Love v. Marriott Hotel Services Inc.*, Case No. 21-15458 (9th Cir. filed Mar. 15, 2021); *Garcia v. Gateway Hotel, L.P.*, Case No. 21-55227 (9th Cir. filed Mar. 10, 2021).

---

[1] The motion to stay contains a notice of motion paginated separately from the memorandum of points and authorities in support of the motion. Civil Local Rule 7-2(b) provides that the notice of motion and points and authorities must be contained in one document with the same pagination.

1

Case No. 21-CV-00109-LHK
ORDER STAYING CASE

Based on the pendency of the Ninth Circuit appeals, the Court STAYS the instant case until ordered otherwise. The case schedule is hereby vacated. The Clerk shall administratively close the file. This is a purely administrative procedure that does not affect the rights of the parties. The Court DENIES AS MOOT the joint motion to stay the instant case, ECF No. 16, and the stipulation to stay the instant case, ECF No. 18.

The Court sets a case management conference on April 6, 2022 at 2:00 p.m. The parties shall file a joint case management statement by March 30, 2022. The parties may seek to advance the case management conference if the Ninth Circuit appeals are resolved before March 30, 2022.

**IT IS SO ORDERED.**

Dated: April 2, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge