CENTER FOR DISABILITY ACCESS
Isabel Rose Masanque., SBN 292673
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiff

Myra B. Villamor
mvillamor@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park E, Suite 3500,
Los Angeles, CA 90067-3021
Telephone: (310) 277-7200
Fax: (310) 201-5219

Attorney for Defendant
Palmetto Hospitality Of Palo Alto, LLC;

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo Jr.**, <br><br> Plaintiff, <br><br> v. <br><br> **Palmetto Hospitality Of Palo Alto, LLC;** and Does 1-10**,** <br><br> Defendants | Case No.: 3:21-cv-00109-WHA <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each

party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 12/28/2022					CENTER FOR DISABILITY ACCESS

							By: /s/ Isabel Rose Masanque
							Isabel Rose Masanque
							Attorneys for Plaintiff

Dated: 12/28/2022					SEYFARTH SHAW LLP

							By: /s/ Myra B. Villamor
							Myra B. Villamor

							Attorney for Defendant
							Palmetto Hospitality Of Palo Alto, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Myra B. Villamor, counsel for Palmetto Hospitality Of Palo Alto, LLC, respectively, and that I have obtained Attorney Villamor's authorization to affix their electronic signature to this document.

Dated: 12/28/2022                                  CENTER FOR DISABILITY ACCESS

                                                   By: /s/ Isabel Rose Masanque
                                                   Isabel Rose Masanque
                                                   Attorneys for Plaintiff